**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 724-2648
Fax: (702) 938-1048

*Attorneys for Defendants*
*Royce Plowman and  Madison Smith*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD KELLER, JR., individually,<br><br>Plaintiff,<br><br>vs.<br><br>ROYCE PLOWMAN, individually, MADISON SMITH, individually; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00284-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that **the current discovery deadlines relating to be extended approximately thirty days (30) days,** pursuant to Local Rule 26-1(b)**.**

### I.

### <u>DISCOVERY COMPLETED TO DATE</u>

1. The parties have conducted the FRCP 26.1 Early Case Conference.

2. The parties have produced their respective Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a).

3. Plaintiff has propounded discovery to Defendants.

4. Defendants have propounded discovery to Plaintiff.

5. Plaintiff has responded to Defendants' discovery requests.

1

7. Defendants have responded to Plaintiff's discovery requests.

8. Defendants have taken the deposition of Plaintiff Edward Keller, Jr. on November 3, 2020.

9. Plaintiff has participated in an Independent Medical Examination on November 1, 2020.

10. **Deposition of Defendant Madison Smith.**

11. **Deposition of Defendant Royce Plowman.**

## II.

## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Deposition(s) of Plaintiff Edward Keller Jr.'s treating physicians.

2. Deposition of other percipient witnesses.

3. Initial expert disclosures.

4. Rebuttal expert disclosures.

5. Depositions of experts.

6. Issuing subpoenas to additional third-parties, including Edward Keller Jr.'s medical providers (if any).

7. Additional written discovery (if necessary).

8. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.

## REASONS THE PARTIES REQUEST TO EXTEND THE DISCOVERY DEADLINES

The Parties are continuing to discuss settlement options and are looking to avoid the costs of retaining, disclosing, and deposing experts to help facilitate settlement. In addition, the recent holiday season, affected the Parties' ability to have meaningful communication settlement. Therefore, the Parties request additional time to complete discovery. Additionally, Plaintiff's counsel had family related COVID issues that kept him out of the office for an extended period of time.

## IV.

## CURRENT DISCOVERY DEADLINES AND TRIAL DATE

| | |
|---|---|
| Last day to amend pleadings or add parties: | December 1, 2020. |
| Initial expert disclosure: | February 1, 2021. |
| Rebuttal expert disclosures: | April 2, 2021. |
| Discovery cut-off: | April 30, 2021. |
| Dispositive motions: | May 31, 2021. |
| Joint Pretrial Order: | June 30, 2021. |
| Trial: | TBD. |

## V.

## PROPOSED DISCOVERY DEADLINES AND TRIAL DATE

| | |
|---|---|
| Last day to amend pleadings or add parties: | Unchanged. |
| Initial expert disclosure: | **March 1, 2021.** |
| Rebuttal expert disclosures: | **May 3, 2021.** |
| Discovery cut-off: | **May 31, 2021.** |
| Dispositive motions: | **June 30, 2021.** |
| Joint Pretrial Order: | **July 30, 2021.** |
| Trial: | TBD. |

## VI.

## CURRENT TRIAL DATE

There is currently no trial date set in this case. Therefore, the requested extension of the aforementioned deadlines **will not affect** the trial in this matter.

///
///
///
///
///
///

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

DATED this 14th day of January 2021.   DATED this 14th day of January 2021.

**HICKS & BRASIER, PLLC**   **TYSON & MENDES LLP**

*/s/ Steven M. Rogers, Esq.*   */s/ Christopher A. Lund, Esq.*
STEVEN M. ROGERS   THOMAS E. MCGRATH
Nevada Bar No. 10975   Nevada Bar No. 7086
HICKS & BRASIER, PLLC   CHRISTOPHER A. LUND
2630 South Jones Boulevard   Nevada Bar No. 12435
Las Vegas, Nevada  89146   3960 Howard Hughes Parkway, Suite 600
Tel:  (702) 628-9888   Las Vegas, Nevada  89169
*Attorneys for Plaintiff*   Tel:  (702) 724-2648
*Edward Keller, Jr.*   *Attorneys for Defendants Royce Plowman and Madison Smith*

### ORDER

Based upon the Stipulation of the parties hereto, and with good cause appearing:

**IT IS HEREBY ORDERED** that the discovery deadlines are extended as follows:

| | |
|---|---|
| Last day to amend pleadings or add parties: | Unchanged. |
| **Initial expert disclosure:** | **March 1, 2021.** |
| Rebuttal expert disclosures: | **May 3, 2021.** |
| Discovery cut-off: | **May 31, 2021.** |
| Dispositive motions: | **June 30, 2021.** |
| Joint Pretrial Order: | **July 30, 2021.** |
| Trial: | TBD. |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

IT IS FURTHER ORDERED, that an amended scheduling order will not be issued. This Stipulation will take the place of the amended scheduling order.

**IT IS SO ORDERED.**

DATED this  16th  day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4