1 **TYSON & MENDES LLP**
THOMAS E. MCGRATH
2 Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
3 CHRISTOPHER A. LUND
Nevada Bar No. 12435
4 Email: clund@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
5 Las Vegas, Nevada 89169
Tel: (702) 724-2648
6 Fax: (702) 938-1048

7 *Attorneys for Defendants*
    *Royce Plowman and Madison Smith*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD KELLER, JR., individually, | Case No. 2:20-cv-00284-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| ROYCE PLOWMAN, individually, MADISON SMITH, individually; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Edward Keller, Jr., individually through his attorneys of record, Justin W. Wilson, Esq., of J HICKS & BRASIER, and Defendants Royce Plowman and Madison Smith through their attorneys of record Thomas E. McGrath, Esq. and Christopher A. Lund, Esq. of the law firm of TYSON & MENDES, LLP, that that the Complaint filed by Plaintiff, and each and every cause of action alleged therein, be dismissed WITH PREJUDICE each side to bear its own attorney fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /



IT IS HEREBY FURTHER STIPULATED AND AGREED that the Calendar Call set for March 9, 2022, and the Trial date of March 14, 2022 be vacated.

DATED this 23rd day of November 2021.   DATED this 23rd day of November 2021.

HICKS & BRASIER, PLLC   TYSON & MENDES LLP

/s/ Justin Wilson
JUSTIN W. WILSON, ESQ.
Nevada Bar No. 14646
HICKS & BRASIER, PLLC
2630 South Jones Boulevard
Las Vegas, Nevada 89146
Attorneys for Plaintiff
*Edward Keller, Jr.*

/s/ Christopher A. Lund
THOMAS E. MCGRATH
Nevada Bar No. 7086
CHRISTOPHER A. LUND
Nevada Bar No. 12435
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Attorneys for Defendants
*Royce Plowman and Madison Smith*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

IT IS HEREBY ORDERED that this case in its entirety, is dismissed WITH PREJUDICE each party to bear its own attorney's fees and costs herein.

IT IS HEREBY FURTHER ORDERED the Calendar call set for March 9, 2022, and the Trial date of March 14, 2022 are hereby VACATED.

DATED November 30, 2021.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
TYSON & MENDES LLP

/s/ Christopher A. Lund
THOMAS E. MCGRATH
Nevada Bar No. 7086
CHRISTOPHER A. LUND
Nevada Bar No. 12435
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Attorneys for Defendants
*Royce Plowman and Madison Smith*

**From:** Justin Wilson <jwilson@lvattorneys.com>
**Sent:** Tuesday, November 23, 2021 10:20 AM
**To:** Chris Lund <CLund@TysonMendes.com>; Alisha Ricketts <alisha@lvattorneys.com>; Tom McGrath <TMcGrath@TysonMendes.com>; Christina Espinosa <CEspinosa@TysonMendes.com>
**Subject:** RE: Keller v. Plowman proposed release agreement

Approved.

**From:** Chris Lund <CLund@TysonMendes.com>
**Sent:** Tuesday, November 23, 2021 9:17 AM
**To:** Alisha Ricketts <alisha@lvattorneys.com>; Tom McGrath <TMcGrath@TysonMendes.com>; Christina Espinosa <CEspinosa@TysonMendes.com>
**Cc:** Justin Wilson <jwilson@lvattorneys.com>
**Subject:** RE: Keller v. Plowman proposed release agreement

Good morning,

I have attached a proposed SAO to Dismiss the case. Let me know if you would like any changes. If

not, please let me know if I may add your e-signature.

Thank you.



**Christopher A. Lund**
**Senior Counsel**
170 South Green Valley Parkway, Suite 300
Las Vegas, NV 89012
**Main**: 702.724.2648
**Direct:** 725.605.4552
**Fax**: 702.938.1048
clund@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Alisha Ricketts <alisha@lvattorneys.com>
**Sent:** Tuesday, November 9, 2021 5:53 PM
**To:** Chris Lund <CLund@TysonMendes.com>; Tom McGrath <TMcGrath@TysonMendes.com>; Christina Espinosa <CEspinosa@TysonMendes.com>
**Cc:** Justin Wilson <jwilson@lvattorneys.com>
**Subject:** RE: Keller v. Plowman proposed release agreement

Good evening Mr. Lund,

Regarding the above matter, our office is in receipt of the settlement check. Please find the attached executed settlement release. I will mail the original to your office. Will you also forward the Stip and Order for Dismissal so Mr. Wilson can review for use of his e-signature?

**Thank you,**

**Alisha Ricketts**
**Paralegal**



2630 S. Jones Blvd. | Las Vegas, NV 89146
direct (725) 201-9067
tel (702) 628-9888 | fax (702) 960-4118

Confidentiality Notice: This message and any attachments are for the named person's use only. The